1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JESSIE HERNANDEZ,
                                        NO. CIV. S-13-1040 LKK/DAD
11           Plaintiff,

12       v.
                                          O R D E R
13   IBS VENTURES, INC., a
     California Corporation,
14   dba SHEEPHERDER BAR & GRILL;
     GARY PEREZ, an individual;
15   MICHAEL PEREZ, an individual;
     AL EBY, an individual, and
16   DOES 1 to 100, inclusive,

17           Defendants.
     _____/
18

19       A status conference in this matter is currently scheduled for

20   August 19, 2013 at 10:30 a.m.

21       It has come to the court's attention that defendant IBS

22   Ventures, Inc. d/b/a Sheepherder Bar & Grille, a California

23   corporation, is not represented by counsel. Local Rule 183(a)

24   provides that "[a] corporation or other entity may appear only by

25   an attorney." IBS Ventures has been served, but has failed to file

26   an Answer.

                                  1

Further, defendants Gary Perez, Michael Perez, and Al Eby have all failed to file status reports, as required by the court's Order Setting Status (Pretrial Scheduling) Conference.

Accordingly, the court orders as follows:

[1]   The status conference set for August 19, 2013 at 10:30 a.m. is VACATED.

[2]   The status conference is RESET for October 28, 2013 at 2:30 p.m. Parties are to file status reports fourteen (14) days prior to the status conference. Failure to do so may be grounds for sanctions.

[3]   Defendant IBS Ventures, Inc. is GRANTED leave to file a responsive pleading to plaintiff's complaint within thirty (30) days of entry of this order. Defendant IBS Ventures, Inc. must be represented by counsel at the time it files its responsive pleading and thereafter. If these conditions are not met, plaintiff may seek entry of IBS Ventures, Inc.'s default.

IT IS SO ORDERED.

DATED:   August 15, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT