UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE HERNANDEZ,

          Plaintiff,

   v.

IBS VENTURES, INC., a
California Corporation,
dba SHEEPHERDER BAR & GRILL;
GARY PEREZ, an individual;
MICHAEL PEREZ, an individual;
AL EBY, an individual, and
DOES 1 to 100, inclusive,

          Defendants.
_____/

NO. CIV. S-13-1040 LKK/DAD

O R D E R

A status conference in this matter is currently scheduled for August 19, 2013 at 10:30 a.m.

It has come to the court's attention that defendant IBS Ventures, Inc. d/b/a Sheeperder Bar & Grille, a California corporation, is not represented by counsel. Local Rule 183(a) provides that "[a] corporation or other entity may appear only by an attorney." IBS Ventures has been served, but has failed to file an Answer.

1

1     Further, defendants Gary Perez, Michael Perez, and Al Eby have
2  all failed to file status reports, as required by the court's Order
3  Setting Status (Pretrial Scheduling) Conference.
4     Accordingly, the court orders as follows:
5     [1]  The status conference set for August 19, 2013 at 10:30
6          a.m. is VACATED.
7     [2]  The status conference is RESET for October 28, 2013 at
8          2:30 p.m. Parties are to file status reports fourteen
9          (14) days prior to the status conference. Failure to do
10         so may be grounds for sanctions.
11    [3]  Defendant IBS Ventures, Inc. is GRANTED leave to file a
12         responsive pleading to plaintiff's complaint within
13         thirty (30) days of entry of this order. Defendant IBS
14         Ventures, Inc. must be represented by counsel at the
15         time it files its responsive pleading and thereafter. If
16         these conditions are not met, plaintiff may seek entry
17         of IBS Ventures, Inc.'s default.
18    IT IS SO ORDERED.
19    DATED: August 15, 2013.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT