UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IBS VENTURES, INC., a California corporation dba SHEEPHERDER BAR & GRILL; GARY PEREZ, an individual; MICHAEL PEREZ, an individual; AL EBY, an individual, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | No. CIV. S-13-1040 LKK/DAD<br><br><br>**ORDER** |

　　　This matter is set for status conference on October 28, 2013.  By order filed August 15, 2013, defendant IBS Ventures, Inc. was granted thirty days to file a responsive pleading.  Order filed August 15, 2013 (ECF No. 15) at 2.  The order provided that at the time of filing the pleading and thereafter said defendant was required to be represented by counsel.  Id.  The order also required that all parties file status reports fourteen days before the status conference.

On September 20, 2013, defendant IBS Ventures, Inc. filed an answer in propria persona. (ECF No. 16)  There is no evidence in the record that defendant IBS Ventures, Inc. is represented by counsel.  In addition, none of the defendants have filed a status report.  Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant IBS Ventures, Inc.'s September 20, 2013 answer is STRICKEN.

2. The Clerk of the Court is directed to enter the default of defendant IBS Ventures, Inc.

3. The status conference set for October 28, 2013 is VACATED.

4. This matter is referred to the assigned magistrate judge for all further pretrial proceedings. See Local Rule 302(c)(21).

IT IS SO ORDERED.

DATED:  October 24, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT