UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>IBS VENTURES, INC., a California Corporation, dba SHEEPHERDER BAR & GRILLE; GARY PEREZ, an individual; MICHAEL PEREZ, an individual; AL EBY, an individual; and DOES 1 to 100, inclusive,<br><br>    Defendants. | No. CIV. S-13-1040 LKK/DAD<br><br><br>**ORDER** |

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than twenty-one (21) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

1

1   IT IS SO ORDERED.

2   DATED:   January 7, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT