Galen T. Shimoda (SBN 226752)
Jennet F. Zapata (SBN 277063)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: 916.525.0716
Facsimile: 916.760.3733
Attorneys for Plaintiff JESSIE HERNANDEZ

Gary R. Perez (Defendant in Pro Per)
PO Box 967
Fair Oaks, CA 95628
Telephone: (916) 505-5116

Michael Perez (Defendant in Pro Per)
301 Gibson D #1915
Roseville, CA 95678
Telephone: (916) 606-5116

Al Eby (Defendant in Pro Per)
5 West Street
Woodland, CA 95695
Telephone: (530) 681-1066

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>IBS VENTURES, INC., a California Corporation, dba SHEEPHERDER BAR & GRILLE; GARY PEREZ, an individual; MICHAEL PEREZ, an individual; AL EBY, an individual; and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No.: 2:13-cv-01040-LKK-DAD-PS**<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

//

//

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE   2:13-cv-1040 LKK DAD PS   1**

Plaintiff Jessie Hernandez, by his counsel of record, and Defendants Gary Perez, Michael Perez and Al Eby, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

DATED:  1/21/14             **Shimoda Law Corp.**

By: /s/
    Galen T. Shimoda
    Jennet F. Zapata
    Attorneys for Plaintiff JESSIE HERNANDEZ

DATED:  12/27/13            **Gary Perez**

By: /s/
    Gary R. Perez (Defendant in Pro Per)

DATED:  12/29/13            **Michael Perez**

By: /s/
    Michael Perez (Defendant in Pro Per)

DATED:  1/21/14             **Al Eby**

By: /s/
    Al Eby (Defendant in Pro Per)

**ORDER**

Based on the parties' stipulation, the Court hereby dismisses this Action with prejudice.

Date: January 22, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT